1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division
4  KATHRYN HAUN (DCBN 484131)
   WILLIAM FRENTZEN (LABN 24421)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-7234
8      Kathryn.haun@usdoj.gov
       William.frentzen@usdoj.gov
9
   RAYMOND N. HULSER (MABN 551350)
10 Acting Chief, Public Integrity Section

11 RICHARD B. EVANS (DCBN 441494)
   Trial Attorney
12
       1400 New York Avenue, N.W.
13     Washington, D.C. 20005
       Telephone: (202) 353-7760
14     Richard.B.Evans@usdoj.gov

15 Attorneys for United States of America

16
                  UNITED STATES DISTRICT COURT
17
                 NORTHERN DISTRICT OF CALIFORNIA
18
                       SAN FRANCISCO DIVISION
19                          3-15-70370

20 UNITED STATES OF AMERICA,           ) SEALING APPLICATION AND [PROPOSED]
                                       ) SEALING ORDER
21      v.                             )
                                       )
22 CARL M. FORCE IV and                )
   SHAUN W. BRIDGES,                   )
23                                     )
        Defendants.                    )
24                                     )
                                       )
25 _____ )

26
27     The United States hereby applies for an order directing that the arrest warrants and

28 supporting affidavit in the above-titled matter, together with the application, and this court's

   SEALING APPLICATION AND SEALING ORDER

sealing order, be kept under seal until further order of the Court or until the apprehension and/or surrender of the subjects occurs, whichever happens first. The United States requests that the above-described materials be sealed to preserve the confidentiality of the ongoing investigation described in the affidavits and to prevent individuals from learning of the existence of the arrest warrants prior to their execution.

WHEREFORE, I respectfully request that the Court issue an order granting this application.

DATED: March 25, 2015

Respectfully submitted,

MELINDA HAAG
United States Attorney

WILLIAM FRENTZEN
Assistant United States Attorney

## ORDER

For good cause shown, IT IS HEREBY ORDERED THAT:

The arrest warrants and supporting affidavit and exhibits in the above-titled matter, together with the application, and this Court's sealing order, be kept under seal until further order of the Court or until the apprehension and/or surrender of the subjects occurs, whichever happens first.

IT IS SO ORDERED.

DATED: March 25, 2015

HONORABLE MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

SEALING APPLICATION AND SEALING ORDER