Reset Form

1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
                         ) Case No: 3 CR-15-70370
            Plaintiff(s),)
                         ) APPLICATION FOR
        v.               ) ADMISSION OF ATTORNEY
                         ) PRO HAC VICE
CARL MARK FORCE IV, et al) (CIVIL LOCAL RULE 11-3)
                         )
            Defendant(s).)

I, IVAN BATES, an active member in good standing of the bar of MARYLAND, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: CARL MARK FORCE IV in the above-entitled action. My local co-counsel in this case is LOYST P. FLETCHER, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 201 N. CHARLES ST., SUITE 1900 BALTIMORE, MD 21201 | 633 W. 5TH ST., 26TH FL. LOS ANGELES, CA 90071 |
| MY TELEPHONE # OF RECORD: (404) 814-4600 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (213) 223-2187 |
| MY EMAIL ADDRESS OF RECORD: IVAN@BATESGARCIA.COM | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: loyst@lpfletcherlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 26969.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 04/03/15                                IVAN BATES
                                               APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of IVAN BATES is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/16/15

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
NANDOR VADAS

PRO HAC VICE APPLICATION & ORDER                                    October 2012