| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | DAVID R. CALLAWAY (CABN 121782)<br>Chief, Criminal Division |
| 4 | KATHRYN HAUN (DCBN 484131)<br>WILLIAM FRENTZEN (LABN 24421) |
| 5 | Assistant United States Attorneys |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-7200<br>FAX: (415) 436-7234 |
| 8 | Kathryn.haun@usdoj.gov<br>William.frentzen@usdoj.gov |
| 9 | |
| 10 | RAYMOND N. HULSER (MABN 551350)<br>Acting Chief, Public Integrity Section |
| 11 | RICHARD B. EVANS (DCBN 441494)<br>Trial Attorney |
| 12 | |
| 13 | 1400 New York Avenue, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 514-1412 |
| 14 | Richard.B.Evans@usdoj.gov |
| 15 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-15-mj-70370-MAG |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF APPEARANCE FOR THE** |
| CARL M. FORCE IV and | ) | **UNITED STATES** |
| SHAUN W. BRIDGES, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF APPEARANCE FOR THE UNITED STATES**
CR-15-70370-MAG

1  The United States hereby files this Notice of Appearance to advise the Court that Trial Attorney,
2 Richard B. Evans appears for the United States in this case. Future ECF notices should be sent to Trial
3 Attorney, Richard B. Evans at the email address of Richard.B.Evans@usdoj.gov.

Date: April 17, 2015               Respectfully submitted,

                                   RAYMOND N. HULSER
                                   Acting Chief, Public Integrity Section


                                   _____/s/_____
                                   RICHARD B. EVANS
                                   Trial Attorney
                                   U.S. Department of Justice
                                   Criminal Division
                                   Public Integrity Section
                                   1400 New York Ave.  NW
                                   Washington, DC 20005
                                   (202) 514-1412
                                   richard.b.evans@usdoj.gov

**NOTICE OF APPEARANCE FOR THE UNITED STATES**
CR-15-70370-MAG