MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KATHRYN HAUN (DCBN 484131)
WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Kathryn.haun@usdoj.gov
    William.frentzen@usdoj.gov

RAYMOND N. HULSER (MABN 551350)
Acting Chief, Public Integrity Section

RICHARD B. EVANS (DCBN 441494)
Trial Attorney

    1400 New York Avenue, N.W.
    Washington, D.C. 20005
    Telephone: (202) 353-7760
    Richard.B.Evans@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3 CR-15-70370 |
| ) | |
| Plaintiff, ) | |
| ) | GOVERNMENT'S SUPPLEMENTAL FILING IN |
| v. ) | SUPPORT OF PRETRIAL DETENTION |
| ) | |
| ) | April 29, 2015 1:30 pm |
| CARL MARK FORCE, ) | Hon. Elizabeth D. Laporte |
| ) | |
| Defendant. ) | |

1    Comes now the United States through undersigned counsel and submits the attached Affidavit of
2    IRS Special Agent Tigran Gambaryan and exhibits in support of detention. These documents give a
3    glimpse into the reasons the government moves for detention: Given the defendant's access to large
4    amounts of funds, including those that have been moved offshore; his expert knowledge of undetectable
5    or hard-to-detect methods of communication; his expert knowledge of false identities and procuring the
6    same; his communications about a "get out of town" plan; the fact that when arrested and knowing of
7    the government's case he was caught with a "go bag" of blank money orders totaling $5,000, a loaded
8    weapon, without a concealed carry permit, and an expired passport; and the other factors described in
9    the government's motion in support of detention filed yesterday, the government requests this Court
10   reach the same conclusion as the Magistrate Judge in the District of Maryland and detain the defendant.

                                                            Respectfully submitted,

                                                            MELINDA HAAG

_____/s/_____          _____/s/_____
RICHARD B. EVANS                              KATHRYN HAUN
Trial Attorney, Public Integrity Section      WILLIAM FRENTZEN
                                              Assistant U.S. Attorneys

Dated: April 29, 2015

GOVERNMENT'S DECLARATION IN SUPPORT OF DOCUMENTS SUBMITTED AT DETENTION HEARING
CR 15-70370