MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KATHRYN HAUN (DCBN 484131)
WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Kathryn.haun@usdoj.gov
    William.frentzen@usdoj.gov

RAYMOND N. HULSER (MABN 551350)
Chief, Public Integrity Section

RICHARD B. EVANS (DCBN 441494)
Trial Attorney

    1400 New York Avenue, N.W.
    Washington, D.C. 20005
    Telephone: (202) 353-7760
    Richard.B.Evans@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>CARL M. FORCE IV,<br><br>a/k/a "French Maid"<br><br>        Defendant. | No. 15 CR 319 RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO SET CHANGE OF PLEA HEARING |

The United States of America, by government counsel, and the defendant, by and through his counsel, Ivan Bates, Esq. hereby notify the Court that the parties have reached a Plea Agreement to the

charges contained in the Criminal Information filed June 22, 2015, in the captioned case, to wit: extortion, money laundering with predicate specified unlawful activities of both wire fraud and theft of government property, and obstruction of justice.  The parties hereby stipulate and request that the Court schedule a change of plea hearing for the defendant to enter his guilty pleas at 2:00 p.m. the afternoon of July 1, 2015.  Government counsel understands from the Courtroom Deputy that the Court may be able accommodate this special setting given the number of parties traveling from the East Coast.

      The government will lodge a copy of the fully executed Plea Agreement with the Court directly to chambers later today for the Court's review.

      Further, the parties request the Court order that the arraignment on the Criminal Information that was filed June 22, 2015, be calendared before the Duty Magistrate on July 1, 2015 at 9:30 a.m.

SO STIPULATED:

Dated: June 22, 2015              _____/s/_____
                                               KATHRYN HAUN
                                               WILLIAM FRENTZEN
                                               Assistant United States Attorneys

                                               RICHARD EVANS
                                               Trial Attorney, Public Integrity Section

Dated: June 22, 2015              _____/s/_____
                                               IVAN BATES, ESQ.
                                               Attorney for Defendant

STIPULATION AND [PROPOSED] ORDER

**~~PROPOSED~~ ORDER**

IT IS HEREBY ORDERED that:

(1) The defendant will be arraigned on the charges in the Criminal Information in the captioned case before the Duty Magistrate on July 1, 2015 at 9:30 a.m.;

(2) The defendant will appear before this District Court on July 1, 2015 at 2:00 p.m. for a change of plea hearing; and

(3) The government shall lodge a copy of the fully executed Plea Agreement with the Court by providing it directly to chambers.

DATED: 6/23/15

_____
HONORABLE RICHARD SEEBORG
United States District Judge

3

STIPULATION AND [PROPOSED] ORDER