1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  KATHRYN HAUN (DCBN 484131)
   WILLIAM FRENTZEN (LABN 24421)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        FAX: (415) 436-7234
8       Kathryn.haun@usdoj.gov
        William.frentzen@usdoj.gov
9
   RAYMOND N. HULSER (MABN 551350)
10 Chief, Public Integrity Section

11 RICHARD B. EVANS (DCBN 441494)
   Trial Attorney
12
        1400 New York Avenue, N.W.
13      Washington, D.C. 20005
        Telephone: (202) 353-7760
14      Richard.B.Evans@usdoj.gov

15 Attorneys for United States of America

16
                    UNITED STATES DISTRICT COURT
17
                   NORTHERN DISTRICT OF CALIFORNIA
18
                        SAN FRANCISCO DIVISION
19

20 UNITED STATES OF AMERICA            ) No. 15 CR 319 RS
                                       )
21                                     ) STIPULATION AND [PROPOSED] ORDER TO
              v.                       ) SET CHANGE OF PLEA HEARING
22                                     )
   CARL M. FORCE IV,                   )
23                                     )
   a/k/a "French Maid"                 )
24                                     )
              Defendant.
25

26    The United States of America, by government counsel, and the defendant, by and through his

27 counsel, Ivan Bates, Esq. hereby notify the Court that the parties have reached a Plea Agreement to the

28
   STIPULATION AND [PROPOSED] ORDER

charges contained in the Criminal Information filed June 22, 2015, in the captioned case, to wit: extortion, money laundering with predicate specified unlawful activities of both wire fraud and theft of government property, and obstruction of justice. The parties hereby stipulate and request that the Court schedule a change of plea hearing for the defendant to enter his guilty pleas at 2:00 p.m. the afternoon of July 1, 2015. Government counsel understands from the Courtroom Deputy that the Court may be able accommodate this special setting given the number of parties traveling from the East Coast.

The government will lodge a copy of the fully executed Plea Agreement with the Court directly to chambers later today for the Court's review.

Further, the parties request the Court order that the arraignment on the Criminal Information that was filed June 22, 2015, be calendared before the Duty Magistrate on July 1, 2015 at 9:30 a.m.

SO STIPULATED:

Dated: June 22, 2015                    _____/s/_____
                                        KATHRYN HAUN
                                        WILLIAM FRENTZEN
                                        Assistant United States Attorneys

                                        RICHARD EVANS
                                        Trial Attorney, Public Integrity Section

Dated: June 22, 2015                    _____/s/_____
                                        IVAN BATES, ESQ.
                                        Attorney for Defendant

STIPULATION AND [PROPOSED] ORDER

**~~PROPOSED~~ ORDER**

IT IS HEREBY ORDERED that:

(1) The defendant will be arraigned on the charges in the Criminal Information in the captioned case before the Duty Magistrate on July 1, 2015 at 9:30 a.m.;

(2) The defendant will appear before this District Court on July 1, 2015 at 2:00 p.m. for a change of plea hearing; and

(3) The government shall lodge a copy of the fully executed Plea Agreement with the Court by providing it directly to chambers.

DATED: 6/23/15

_____
HONORABLE RICHARD SEEBORG
United States District Judge

STIPULATION AND [PROPOSED] ORDER