1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  KATHRYN HAUN (DCBN 484131)
   WILLIAM FRENTZEN (LABN 24421)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        FAX: (415) 436-7234
8       Kathryn.haun@usdoj.gov
        William.frentzen@usdoj.gov
9
   RAYMOND N. HULSER (MABN 551350)
10 Chief, Public Integrity Section

11 RICHARD B. EVANS (DCBN 441494)
   Trial Attorney
12
        1400 New York Avenue, N.W.
13      Washington, D.C. 20005
        Telephone: (202) 353-7760
14      Richard.B.Evans@usdoj.gov

15 Attorneys for United States of America

16                     UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                         SAN FRANCISCO DIVISION

19

20 UNITED STATES OF AMERICA              ) No. 15 CR 319 RS
                                         )
21                                       ) STIPULATION AND [PROPOSED] ORDER
              v.                         ) REGARDING ADVANCING OF CHANGE OF
22                                       ) PLEA HEARING
   CARL M. FORCE IV,                     )
23                                       )
   a/k/a "French Maid"                   )
24                                       )
              Defendant.                 )
25

26      The United States of America, by government counsel, and the defendant, by and through his

27 counsel, Ivan Bates, Esq. hereby stipulate and request that the Court advance the change of plea hearing

28
   STIPULATION AND [PROPOSED] ORDER

in this matter from 2:00 p.m. to 1:30 p.m. for scheduling reasons known to the parties and the Court personnel.

SO STIPULATED:

Dated: June 29, 2015                                   _____/s/_____
                                                        KATHRYN HAUN
                                                        WILLIAM FRENTZEN
                                                        Assistant United States Attorneys

                                                        RICHARD EVANS
                                                        Trial Attorney, Public Integrity Section

Dated: June 29, 2015                                   _____/s/_____
                                                        IVAN BATES, ESQ.
                                                        Attorney for Defendant

**PROPOSED ORDER**

IT IS ORDERED that:

(1) The defendant will be arraigned on the charges in the Criminal Information in the captioned case before the Duty Magistrate on July 1, 2015 at 9:30 a.m.;

(2) The defendant will appear before this District Court on July 1, 2015 at 1:30 p.m. for a change of plea hearing.

DATED: _____             _____
                                        HONORABLE RICHARD SEEBORG
                                        United States District Judge

STIPULATION AND [PROPOSED] ORDER