MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KATHRYN HAUN (DCBN 484131)
WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Kathryn.haun@usdoj.gov
    William.frentzen@usdoj.gov

RAYMOND N. HULSER (MABN 551350)
Chief, Public Integrity Section

RICHARD B. EVANS (DCBN 441494)
Trial Attorney

    1400 New York Avenue, N.W.
    Washington, D.C. 20005
    Telephone: (202) 353-7760
    Richard.B.Evans@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> CARL M. FORCE IV, <br><br> a/k/a "French Maid" <br><br> Defendant. | No. 15 CR 319 RS <br><br> STIPULATION AND [~~PROPOSED~~] ORDER REGARDING ADVANCING OF CHANGE OF PLEA HEARING |

    The United States of America, by government counsel, and the defendant, by and through his counsel, Ivan Bates, Esq. hereby stipulate and request that the Court advance the change of plea hearing

STIPULATION AND [PROPOSED] ORDER

in this matter from 2:00 p.m. to 1:30 p.m. for scheduling reasons known to the parties and the Court personnel.

SO STIPULATED:

Dated: June 29, 2015                              _____/s/_____
                                                  KATHRYN HAUN
                                                  WILLIAM FRENTZEN
                                                  Assistant United States Attorneys

                                                  RICHARD EVANS
                                                  Trial Attorney, Public Integrity Section

Dated: June 29, 2015                              _____/s/_____
                                                  IVAN BATES, ESQ.
                                                  Attorney for Defendant

## ~~PROPOSED~~ ORDER

IT IS ORDERED that:

(1)   The defendant will be arraigned on the charges in the Criminal Information in the captioned case before the Duty Magistrate on July 1, 2015 at 9:30 a.m.;

(2)   The defendant will appear before this District Court on July 1, 2015 at 1:30 p.m. for a change of plea hearing.

DATED: 6/29/15                                   _____
                                                  HONORABLE RICHARD SEEBORG
                                                  United States District Judge

STIPULATION AND [PROPOSED] ORDER