AO 455 (Rev. 01/09) Waiver of an Indictment

**FILED**

JUL 1 - 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 15 CR 319 RS |
| | ) |
| Carl M. Force | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: July 1, 2015

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Loyst P. Fletcher
*Printed name of defendant's attorney*

_____
*Judge's signature*

MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE
*Judge's printed name and title*