UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** July 1, 2015    **Time:** 1 hour    **Judge:** RICHARD SEEBORG

**Case No.**: 15-cr-00319-RS-2    **Case Name:** USA v. Carl Mark Force

**Attorney for Government:** Will Frentzen, Kathryn Haun, Richard Evans
**Attorney for Defendant:** Loyst Fletcher, Ivan Bates
**Defendant: [X] Present**   [ ] Not Present
**Defendant's Custodial Status: [X] In Custody**  [ ] Not in Custody

| | |
|---|---|
| **Deputy Clerk:** Corinne Lew | **Court Reporter:** Jo Ann Bryce |
| **Interpreter:** n/a | **Probation Officer:** n/a |

## PROCEEDINGS

Change of Plea Hearing Held.

## SUMMARY

The defendant is sworn.  Plea Agreement was executed in open court.  The defendant plead guilty to Counts 1, 2 and 3 of the Information.   The matter referred to the probation office for a PSR and continued to **10/19/2015 at 2:00 p.m.** for Sentencing.