UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. CR 15-0319 RS** |
| Plaintiff, | **[PROPOSED] PRELIMINARY ORDER OF FORFEITURE** |
| v. | |
| CARL MARK FORCE IV, | |
| Defendant. | |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on July 01, 2015, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

a. $13,045 in United States Currency held in BTC-e account;

b. 400.00101 BTC in 14QPeQ2UZaMw9khqQeisVNT54j6A3U5KfE;

c. 51.53406841 BTC in 1FCQPRC5bFZyUteoVUhmDaXcHvMTvhpnDL;

d. 53 BTC in 16MksrMPrpjUots9hZet8fC9fjNZoS4L2p;

e. 70 BTC in 1MZTe8a3C7EG6w4HGPLbkmcpRQJfkXkZCW;

f. 62.827622 BTC in 1PdCENKKFsAxz849SswQbuzWgouSC2x1Ly;

    g. 49.999 BTC in 1YCMDxDoYwRApGjyoPVi5onrN8JRLt383;

    h. $44,082.65 in ScotTrade Account XXXX6437;

    i. $158,865.00 traceable from federal income tax refund in lieu of forfeiture of Carl Mark Force's interest in real property located at 6722 Glenkirk Road, Baltimore, MD;

    j. $17,759.06 held in the name of Engedi, LLC, controlled and owned by Carl Mark Force, in Bank of America Account XXXXXXXX6394; and

    k. $65,658.51 in E-Trade Account XXXX5812,

pursuant to Title 18, United States Code, Section 981(a)(1)(c); Title 18, United States Code, Section 982(a)(1)(A), and Title 28, United States Code, Section 2461(c).

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property, must file a petition with the Court and serve a copy on government counsel with (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

IT IS FURTHER ORDERED that a money judgment in the amount of $500,000.00 shall be entered against defendant as the amount of net proceeds obtained, directly or indirectly as a result of violation of Title 18, United States Code, Section 1343; Title 18, United States Code, Section 1956(a)(1)(A) and (B), and Title 18, United States Code, Section 1512(c)(2);

IT IS FURTHER ORDERED that the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure;

IT IS FURTHER ORDERED that the Court to retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e); and

///

///

1    IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of
2 Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of
3 sentencing and shall be made part of the sentence and included in the judgment.
4    IT IS SO ORDERED this _____ day of _____ 2015.

_____
RICHARD SEEBORG
United States District Judge

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 15-0319 RS                                              3