July 8, 2015

The Honorable Jacqueline Scott Corley
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, California 94102

      Re:    United States of America v. Carl Mark Force
             Case No.: 3:15-cr-00319-RS

Dear Judge Corley:

As you are aware, Your Honor granted our client's motion for court order for defendant's medication in the above-captioned matter on May 20, 2015. To date, Mr. Force has not been able to receive his medication, despite this Honorable Court's order. We ask that Your Honor will take the necessary steps to ensure that Mr. Force is able to receive the medication prescribed to him prior to his incarceration.

In addition, Mr. Force has been incarcerated in the San Francisco County Detention Center where he has been in solitary confinement. Solitary confinement, in conjunction with the denial of his medication, has unfortunately worsened Mr. Force's mental health issues. For these reasons, Mr. Force requests that he be relocated to the Alameda County Detention Center as he awaits sentencing.

Thank you in advance for your consideration of our requests.

                                                        Very truly yours,

                                                        IVAN J. BATES

IJB/aop.