IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL No.: 3:15-cr-00319-RS |
| | : | |
| SHAUN BRIDGES | : | |
| | : | |

...oOo...

### DEFENDANT BRIDGES' MOTION FOR NONCUSTODIAL TRANSPORTATION AND MONEY FOR SUBSISTENCE EXPENSES

*Comes Now* Shaun Bridges, by and through his counsel, Steven H. Levin, pursuant to Title 18 U.S.C. Section 4285, and respectfully requests this Honorable Court enter an order directing the United States Marshals Service (USMS) to arrange for Mr. Bridges' means of noncustodial transportation to appear for a hearing on August 31, 2015, and to furnish an amount of money for subsistence expenses to be paid by the USMS out of funds authorized by the Attorney General for such expenses. As grounds in support thereof, undersigned counsel states the following:

### ARGUMENT

Title 18 U.S.C. Section 4285 provides, in part, for any judge of the United States to direct the USMS to arrange for noncustodial transportation of an individual to a specified place to appear before a court to face criminal charges when the interests of justice would be served thereby and the person is financially unable to provide the necessary transportation on his own. Furthermore, the statute authorizes the furnishing of money for subsistence expenses.

Shaun Bridges, a resident of Maryland, is unemployed. His wife is also unemployed. Due to Mr. Bridges' financial situation, he and his wife are temporarily residing with other

family members in Maryland. A hearing is scheduled for Monday, August 31, 2015, at which time it is anticipated that Mr. Bridges will be arraigned and plead guilty.

Presently, Mr. Bridges has no money to pay for transportation, lodging, food, or other expenses associated with the hearing.

## CONCLUSION

For the reasons stated above, Mr. Bridges respectfully requests this Court grant his motion for noncustodial transportation and the furnishing of money for subsistence expenses.

Respectfully submitted,

_____/s/_____
Steven H. Levin (Fed Bar #28750)
Levin & Curlett LLC
201 N. Charles Street
Suite 2000
Baltimore MD 21201
Phone: (410) 685-4444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served by Electronic Notification, on this 27th day of July 2015, on the following: all parties.

__/s/_____
Steven H. Levin
*Attorney for the Defendant*