1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division
4  ARVON J. PERTEET (CABN 242828)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: 415.436.7200
7       FAX: 415.436.7234
        Email: arvon.perteet@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13
14  UNITED STATES OF AMERICA,           )  **CASE NO. CR 15-0319 RS**
                                        )
15         Plaintiff,                   )  **CERTIFICATE OF SERVICE**
                                        )
16     v.                               )
                                        )
17  CARL MARK FORCE IV,                 )
                                        )
18         Defendant.                   )
                                        )

19      The undersigned hereby certifies that he is an employee in the Office of the United States

20  Attorney for the Northern District of California and is a person of such age and discretion to be

21  competent to serve papers. The undersigned further certifies that he caused a copy of:

22      • **PRELIMINARY ORDER OF FORFEITURE,**

23  to be served this date via first class mail delivery and certified mail delivery upon the person(s) below at

24  the place(s) and address(es) which is the last known address(es):

25  
| Matthew Esworthy, Esq.<br>Shapiro Sher Guinot & Sandler<br>250 W. Pratt Street, Suite 2000<br>Baltimore, MD 21201<br>(Counsel for Amy FORCE) | Regan Patno<br>226 West Ojai Avenue, Suite #101, Box #414<br>Ojai, CA 93023 |
|---|---|

Certificate of Service for POF FORCE
CR 15-0319 RS                          1

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct to the best of my knowledge.
3  Executed this 30th day of July, 2015, at San Francisco, California.

*[signature]*
HECTOR LOPEZ
FSA Paralegal III/AFU