BRIAN STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KATHRYN HAUN (DCBN 484131)
WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Kathryn.haun@usdoj.gov
    William.frentzen@usdoj.gov

RAYMOND N. HULSER (MABN 551350)
Chief, Public Integrity Section

RICHARD B. EVANS (DCBN 441494)
Trial Attorney

    1400 New York Avenue, N.W.
    Washington, D.C. 20005
    Telephone: (202) 353-7760
    Richard.B.Evans@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CARL M. FORCE IV,<br><br>a/k/a "French Maid"<br><br>    Defendant. | No. 15 CR 319 RS<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING IN CUSTODY MENTAL HEALTH EVALUATION |

    As previewed in the Plea Agreement, defense counsel has informed the government that it intends to pursue the argument at sentencing that the defendant should receive a lesser sentence given

STIPULATION AND [PROPOSED] ORDER

the defendant's mental condition. The United States of America intends to oppose any reduction on this basis, and, as further previewed by the Plea Agreement, has retained its own mental health expert for purposes of evaluating the defendant and preparing a report in advance of sentencing.

In consultation with the U.S. Marshal's the government has scheduled a time for its expert to evaluate the defendant at the institution where he is currently housed. The examination is set for Monday, September 28, 2015 and continuing into the following day if necessary. Defense counsel is aware of and consents to this examination, as they agreed to do in the Plea Agreement.

The parties understand from the U.S. Marshal's Service that a Court Order is needed in order for the facility at which the defendant is currently housed to allow the government's expert to conduct the evaluation as scheduled. Accordingly, the parties request the Court issue the instant [proposed] Order.

SO STIPULATED:

Dated: September 23, 2015                   _____/s/_____
                                            KATHRYN HAUN
                                            WILLIAM FRENTZEN
                                            Assistant United States Attorneys

Dated: September 23, 2015                   _____/s/_____
                                            IVAN BATES, ESQ.
                                            Attorney for Defendant

## PROPOSED ORDER

IT IS ORDERED that:

(1) The defendant will be examined by an expert retained by the government on September 28, 2015 and again on September 29, 2015 if necessary, during normal business hours;

(2) The evaluation will be conducted at the facility where the defendant is currently housed and will be conducted in accordance with all procedures as necessary so as to ensure security at the facility; and further that

(3) The evaluation will be conducted in a private room where the government's expert can evaluate the defendant in a secure environment.

DATED: _____          _____
                                   HONORABLE RICHARD SEEBORG
                                   United States District Judge

STIPULATION AND [PROPOSED] ORDER