BRIAN STRETCH (CABN 132612)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KATHRYN HAUN (DCBN 484131)
WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Kathryn.haun@usdoj.gov
    William.frentzen@usdoj.gov

RAYMOND N. HULSER (MABN 551350)
Chief, Public Integrity Section

RICHARD B. EVANS (DCBN 441494)
Trial Attorney

    1400 New York Avenue, N.W.
    Washington, D.C. 20005
    Telephone: (202) 353-7760
    Richard.B.Evans@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. CR 15-CR 319 RS |
| v. | UNITED STATES' MOTION TO FILE EXHIBIT TO SENTENCING MEMORANDUM UNDER SEAL AND ~~PROPOSED~~ ORDER |
| CARL MARK FORCE IV (A/K/A "FRENCHMAID"), | |
| Defendant. | Date: October 19, 2015<br>Time: 3:00 p.m. |

1 | Although in his Plea Agreement the defendant waived his right to medical privacy by putting his
2 | mental health into play, the government does not believe that the defendant's full medical history (at
3 | least the documents it has) and its own expert report containing such sensitive details need to be placed
4 | on the public record. The government has been able to excerpt in the public document from the report
5 | the portions that it needed to in order to make its argument. The government believes that ordinarily
6 | those materials would be filed under seal as they discuss personal details surrounding the defendant, his
7 | medical treatments, and his relationship with his family, and accordingly seeks to file its Expert Report
8 | (Exhibit A) of Dr. Daniel A. Martell under seal. A copy has been provided to the defense already.

9 | DATED: October 9, 2015                    Respectfully submitted,

10 |                                          BRIAN J. STRETCH
                                             Acting United States Attorney

12 |                                          _____/s/_____
                                             KATHRYN HAUN
13 |                                          WILLIAM FRENTZEN
                                             Assistant United States Attorneys

                                             RICHARD B. EVANS
15 |                                          Public Integrity Section

16 |                              **PROPOSED ORDER** (RS)

17 |     For the reasons stated in the government's instant motion it is hereby ORDERED that:
18 | Exhibit A to the government's sentencing memorandum in this case may be filed under seal. That will
19 | be maintained under seal until further order of the Court.

20 | 10-9-15

21 |                                          HON. RICHARD SEEBORG
                                             U.S. District Court Judge

2