





Print                                                                                                   Close

**Re: Case opened: Case ID PP-004-211-322-556**

From: [redacted]
Sent: Mon 9/28/15 12:35 PM
To: service@paypal.com (service@paypal.com)

I do not recognize this charge. I contacted you on Friday or Saturday to advise you I do not recognize this charge and do not know how to proceed.

Sent from my mobile device.

On Sep 28, 2015, at 12:32 PM, "service@paypal.com" <service@paypal.com> wrote:

PayPal

Dear [redacted],

We are writing to let you know one of your buyers opened a case disputing a transaction. The buyer stated that they did not authorize this transaction.

Here are the case details:

- Buyer's name: [redacted]
- Buyer's email: [redacted]
- Buyer's transaction ID: [redacted]
- Case number: [redacted]
- Transaction date: September 24, 2015
- Transaction amount: $1,750 USD
- Disputed amount: $1,750 USD

If you have any additional information to help us resolve this case, please log in to your PayPal account and go to the Resolution Center. Respond to this case within 10 days or it will be closed.



