

**MARYLAND
STATE RETIREMENT
and PENSION SYSTEM**

STATE RETIREMENT AGENCY
120 East Baltimore Street
Baltimore, MD 21202
Tel: 410-625-5555
1-800-492-5909
TDD/TTY 410-625-5535
sra.maryland.gov

R. Dean Kenderdine
Executive Director
Secretary To The Board

Dear Former Member:

Thank you for contacting the Maryland State Retirement Agency to request a refund of your accumulated contributions. The enclosed materials and instructions will assist you in applying for a withdrawal.

While you were working, you made member contributions to the Maryland State Retirement and Pension System through automatic payroll deductions. When you terminated this employment, you became eligible to request a refund of the contributions.

Enclosed with this letter is the following material:

- Application for Withdrawal of Accumulated Contributions (Form 5) – This form must be completed and notarized if you decide to forfeit ... ... may be entitled and withdraw your accumulated contributions ... ... SURE TO READ THE INSTRUCTIONS AND FRE... QUESTIONS PRIOR TO COMPLETING.

- Trustee-To-Trustee Distribution Form (Form 193) – ... ... ed only if you select Refund Choice No. 2 or No. 3 on ... Withdrawal of Accumulated Contributions.

- Special Tax Notice Regarding Your Rollover O... ... draw your accumulated contributions, you have ... rollovers in order to avoid immediate taxation of ... provides you with the rules related to your rollo...

- Acknowledgement of Receipt of Special Tax N... Options (Form 746) – If you decide to withdr... tions, you must complete and return this A... for Withdrawal of Accumulated Contribut...

It is very important that you understand the ... contributions. When you withdraw this ... in the system will be closed. The ... accrued retirement service cre... retirement benefit, including ...

Generally, a refund of ... at least 30 days after you ... you have at least 30 ...

EXHIBIT

C

**MARYLAND STATE RETIREMENT AGENCY**
120 EAST BALTIMORE STREET
BALTIMORE, MARYLAND 21202-6700

**DESIGNATION OF BENEFICIARY**

IMPORTANT: Please return completed form to the address listed above. Print clearly and read the instructions (on FB in all sections). Return a copy for your records.

APPLICANT'S SOCIAL SECURITY NUMBER         CHECK ONE: ☐ Active   ☑ Vested   ☐ Retired

IMPORTANT: If you are retired under Option 2, 3, 5 or 6, you must complete a Form 66 to complete this.

APPLICANT'S NAME
Shaun                                    W        Bridges
First                                    Middle   Last

HOME ADDRESS

Laurel                                            M D    2 0 7 2 3
City                                              State  Zip

**PRIMARY BENEFICIARY(IES)** All money shall be paid in equal shares to the primary beneficiary(ies) who are living at the time of my death.

BENEFICIARY'S NAME    RELATIONSHIP    Mother    Gender  F

Deborah                                           J    Peace-Martinez
First                                             Middle   Last
*If spouse, please indicate state/jurisdiction where marriage license was issued

BENEFICIARY'S ADDRESS

BENEFICIARY'S NAME    RELATIONSHIP    Gender

First                                             Middle   Last
BENEFICIARY'S ADDRESS

**CONTINGENT BENEFICIARY(IES)** If all primary beneficiaries die before me, the money shall be paid in equal shares to the following person(s) who are living at the time of my death.

BENEFICIARY'S NAME    RELATIONSHIP    Sister    Gender

Kirstyn
First                                             Middle   Last
BENEFICIARY'S ADDRESS

BENEFICIARY'S NAME    RELATIONSHIP    Gender

First                                             Middle   Last
BENEFICIARY'S ADDRESS

TO THE MARYLAND STATE RETIREMENT AGENCY:

Signature

Please check (✓) for your

( ) 1
( ) 2
( ) 3
( ) 4
( ) 5
( ) 6
( )

