**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 15-0319-02 RS |
| Plaintiff, | **SEALING ORDER PURSUANT TO GENERAL ORDER 54** |
| v. | |
| CARL MARK FORCE, | |
| Defendant. | |
| _____ / | |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

**_X_**    Presentence Report

____    Plea Agreement

**_X_**    Statement of Reasons

___  _____
        (Other)

Dated: November 2, 2015

RICHARD SEEBORG
United States District Judge