1  BRIAN J. STRETCH (CABN 132612)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  KATHRYN HAUN (DCBN 484131)
   WILLIAM FRENTZEN (LABN 24421)
5  ARVON J. PERTEET (CABN 242828)
   Assistant United States Attorneys
6
   RAYMOND N. HULSER (MABN 551350)
7  Acting Chief, Public Integrity Section

8  RICHARD B. EVANS (DCBN 441494)
   Trial Attorney
9
            450 Golden Gate Avenue, Box 36055
10           San Francisco, California 94102-3495
            Telephone: (415) 436-7200
11          FAX: (415) 436-6753
            kathryn.haun@usdoj.gov; william.frentzen@usdoj.gov; richard.evans@usdoj.gov;
12          arvon.perteet@usdoj.gov

13 Attorneys for United States of America

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO. CR 15-0319 RS** |
| ) | |
| Plaintiff, ) | **STIPULATED REQUEST TO AMEND** |
| ) | **RESTITUTION AND FORFEITURE AND** |
| v. ) | **[PROPOSED] ORDER** |
| ) | |
| CARL MARK FORCE, IV, ) | |
| ) | |
| Defendant. ) | |

    The United States and defendant Carl Mark Force, IV, through and by their respective attorneys,
Acting United States Attorney, Brian J. Stretch, and Assistant United State Attorney, Arvon J. Perteet,
and Ivan Bates, Esq., requests via stipulation and agreement the following:

    1. That the above referenced defendant's restitution to victim R.P. be amended from $337,000 to

REQ. FOR AMENDED RESTITUTION AND FORFEITURE
CR 15-0319 RS                                   1

$300,000.¹

2. The above referenced order of forfeiture should be amended to add a Money Judgment in the amount of $500,000 as reflected in the Preliminary Order of Forfeiture entered by the Court on July 9, 2015. See Doc. #52.²

BRIAN J. STRETCH
Acting United States Attorney

Dated: November 2, 2015    /S/ *Arvon J. Perteet*
ARVON J. PERTEET
Assistant United States Attorney


Dated: November 2, 2015    /S/ *Ivan Bates*
IVAN BATES, Esq.
Attorney for Defendant

### [PROPOSED] ORDER

ON MOTION OF THE PARTIES, it is hereby ordered the Restitution previously ordered by the Court on October 19, 2015, in the amount of $337,000, payable to R.P., be changed to $300,000, payable to R.P. Furthermore, a Money Judgment of $500,000 is added to the previously imposed items of forfeiture as reflected on the Judgment.

Dated: _____    _____
RICHARD SEEBORG
United States District Judge

---

¹ $37,000 seized from victim R.P. was in the possession of the Government and was returned to R.P. prior to sentencing.

² The enumerated assets listed in the plea agreement and correctly noted in the Judgment on October 19, 2015, have been credited to the defendant's Money Judgment, thus satisfying the Money Judgment of the defendant Carl Mark Force, IV.