BRIAN J. STRETCH (CABN 132612)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KATHRYN HAUN (DCBN 484131)
WILLIAM FRENTZEN (LABN 24421)
ARVON J. PERTEET (CABN 242828)
Assistant United States Attorneys

RAYMOND N. HULSER (MABN 551350)
Acting Chief, Public Integrity Section

RICHARD B. EVANS (DCBN 441494)
Trial Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6753
    kathryn.haun@usdoj.gov; william.frentzen@usdoj.gov; richard.evans@usdoj.gov;
    arvon.perteet@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. CR 15-0319 RS** |
| Plaintiff, | **STIPULATED REQUEST TO AMEND RESTITUTION AND FORFEITURE AND [PROPOSED] ORDER** |
| v. | |
| CARL MARK FORCE, IV, | |
| Defendant. | |

    The United States and defendant Carl Mark Force, IV, through and by their respective attorneys, Acting United States Attorney, Brian J. Stretch, and Assistant United State Attorney, Arvon J. Perteet, and Ivan Bates, Esq., requests via stipulation and agreement the following:

    1. That the above referenced defendant's restitution to victim R.P. be amended from $337,000 to

$300,000.¹

2. The above referenced order of forfeiture should be amended to add a Money Judgment in the amount of $500,000 as reflected in the Preliminary Order of Forfeiture entered by the Court on July 9, 2015. See Doc. #52.²

BRIAN J. STRETCH
Acting United States Attorney

Dated: November 2, 2015    /S/ *Arvon J. Perteet*
ARVON J. PERTEET
Assistant United States Attorney

Dated: November 2, 2015    /S/ *Ivan Bates*
IVAN BATES, Esq.
Attorney for Defendant

## [~~PROPOSED~~] ORDER

ON MOTION OF THE PARTIES, it is hereby ordered the Restitution previously ordered by the Court on October 19, 2015, in the amount of $337,000, payable to R.P., be changed to $300,000, payable to R.P. Furthermore, a Money Judgment of $500,000 is added to the previously imposed items of forfeiture as reflected on the Judgment.

Dated: 11/3/15

RICHARD SEEBORG
United States District Judge

---

¹ $37,000 seized from victim R.P. was in the possession of the Government and was returned to R.P. prior to sentencing.

² The enumerated assets listed in the plea agreement and correctly noted in the Judgment on October 19, 2015, have been credited to the defendant's Money Judgment, thus satisfying the Money Judgment of the defendant Carl Mark Force, IV.

REQ. FOR AMENDED RESTITUTION AND FORFEITURE
CR 15-0319 RS                              2