AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | 15-cr-00319-RS-1 |
| Shaun W. Bridges (A/K/A "Number 13") | ) | | |
| Defendant | ) | | |

FILED 2016 FEB -3 P 1:22 CLERK...

## ARREST WARRANT

To:      Any authorized law enforcement officer

   YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Shaun W. Bridges (A/K/A "Number 13")
who is accused of an offense or violation based on the following document filed with the court:

( ) Indictment   ( ) Superseding Indictment   ( ) Information   ( ) Superseding Information   ( ) Complaint

( ) Probation Violation Petition   ( ) Supervised Release Violation Petition   ( ) Violation Notice   (X) Order of the Court

This offense is briefly described as follows:

**Pursuant to Order on the United States' Renewed Emergency Motion for Defendant's Immediate Remand and Arrest**

Date: January 27, 2016

_____
Issuing officer's signature

City and state:   San Francisco, California      M. Jenkins, Deputy Clerk
                                              Printed name and title

---

### Return

This warrant was received on (date) 1/27/2016 , and the person was arrested on (date) 1/28/2016
at (city and state) LAUREL, MD

Date: 2/3/2016

_____
Arresting officer's signature

TODD McHALE   SPECIAL AGENT
Printed name and title