BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KATHRYN HAUN (CABN DCBN 484131)
WILLIAM FRENTZEN (LABN 24421)
ARVON J. PERTEET (CABN 242828)
Assistant United States Attorneys

RAYMOND N. HULSER (MABN 551350)
Acting Chief, Public Integrity Section

RICHARD B. EVANS (DCBN 441494)
Trial Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: 415.436.7200
    FAX: 415.436.7234
    kathryn.haun@usdoj.gov; william.frentzen@usdoj.gov;
    richard.evans@usdoj.gov; arvon.perteet@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 15-0319 RS |
| Plaintiff, | **APPLICATION OF THE UNITED STATES FOR A FINAL ORDER OF FORFEITURE** |
| v. | |
| CARL MARK FORCE IV, | |
| Defendant. | |

On July 09, 2015, the Court entered a Preliminary Order of Forfeiture forfeiting the following property:

    a.   $13,045 in United States Currency held in BTC-e account;

    b.   400.00101 BTC in 14QPeQ2UZaMw9khqQeisVNT54j6A3U5KfE;

    c.   51.53406841 BTC in 1FCQPRC5bFZyUteoVUhmDaXcHvMTvhpnDL;

    d.   53 BTC in 16MksrMPrpjUots9hZet8fC9fjNZoS4L2p;

  e. 70 BTC in 1MZTe8a3C7EG6w4HGPLbkmcpRQJfkXkZCW;

  f. 62.827622 BTC in 1PdCENKKFsAxz849SswQbuzWgouSC2x1Ly;

  g. 49.999 BTC in 1YCMDxDoYwRApGjyoPVi5onrN8JRLt383;

  h. $44,082.65 in ScotTrade Account XXXX6437[1];

  i. $158,865.00 traceable from federal income tax refund in lieu of forfeiture of Carl Mark Force's interest in real property located at 6722 Glenkirk Road, Baltimore, MD;

  j. $17,759.06 held in the name of Engedi, LLC, controlled and owned by Carl Mark Force, in Bank of America Account XXXXXXXX6394;

  k. $65,658.51 in E-Trade Account XXXX5812; and

  l. a Money Judgment in the amount of $500,000,

pursuant to Title 18, United States Code, Section 981(a)(1)(c); Title 18, United States Code, Section 982(a)(1)(A), and Title 28, United States Code, Section 2461(c).

  On March 21, 2016, the government ("United States") and the petitioner Regan Patno ("Petitioner," collectively the "Parties") filed a settlement agreement re third party petition of Regan Patno. The parties agreed that the United States will return $300,000, of the above seized assets, to the victim Regan Patno and that FORCE will be given $300,000 credit towards his outstanding restitution order. Dkt. 129. On April 11, 2016, letters b. through g., h. and k. were returned to the Petitioner in full satisfaction of the victims' restitution.

  The Preliminary Order required the United States to publish notice of the Order and otherwise direct written notice to all persons known to have an interest in said property. Beginning on August 1, 2015, the United States published notice of the forfeiture action on www.forfeiture.gov, a government website for at least thirty days, notice of this Order and notice of the government's intent to dispose of the property in accordance with the law. The notice also advised potential third parties of their right to petition the Court within (30) days for a hearing to adjudicate the validity of their legal interest in the property.

  The United States represents that no petitions have been filed for letters a., i. and j.

//

---

[1] $41,314.61 of the $44,082.65 in funds was returned to the Petitioner, the government seeks forfeiture of the remaining $2,768.04 and included in the final order of forfeiture.

APPLICATION OF THE UNITED STATES FOR A FINAL ORDER OF FORFEITURE
CR 15-0319 RS                2

Therefore, the United States respectfully requests that the Court enter the proposed Final Order of Forfeiture, directing that the property identified in letters a., i., j. and l. be forfeited to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(c); Title 18, United States Code, Section 982(a)(1)(A), and Title 28, United States Code, Section 2461(c).

Dated: 4/26/16

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

/s/ Kathryn Haun

KATHRYN HAUN
WILLIAM FRENTZEN
ARVON J. PERTEET
Assistant United States Attorneys

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee if the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that he caused a copy of the following documents:

- **APPLICATION OF THE UNITED STATES FOR A FINAL ORDER OF FORFEITURE; and**

- **[PROPOSED] FINAL ORDER OF FORFEITURE**

to be served this date by electronic mail delivery upon the person(s) below:

| | |
|---|---|
| Ivan Jules Bates, Esq.<br>Email: Ivan@batesgarcia.com<br>(Counsel for FORCE ) | Loyst Patrick Fletcher, Esq.<br>Law Offices of Loyst P. Fletcher<br>Email: loyst@lpfletcherlaw.com<br>(Counsel for FORCE) |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of April, 2016, at San Francisco, California.

_/s/ Hector Lopez_
HECTOR LOPEZ
FSA Paralegal II/Asset Forfeiture Unit