BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (CABN 147374)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7200
    Fax:  (415) 436-7234
    William.frentzen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 15-00319 RS |
| v. | NOTICE OF RELATED CASES AND [~~PROPOSED~~] ORDER |
| CARL FORCE, and SHAUN W. BRIDGES, | Court: Honorable Richard Seeborg |
| Defendants. | |
| UNITED STATES OF AMERICA, | No.: CR 17-00448 SI |
| v. | Court: Honorable Susan Illston |
| SHAUN W. BRIDGES, | |
| Defendant. | |

USA NOTICE
CR 15-00319 RS; 17-00448 SI         1

The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the more recent criminal case, No. CR-17-0448 SI, is related to CR-15-0319 RS, under the Local Rule.

The more recent case against Shaun W. Bridges, No. CR-17-0448 RS, alleges that Bridges committed money laundering through use of the digital currency Bitcoin after stealing the Bitcoin from the United States government. It is alleged that Bridges committed this crime during the pendency of the charges of money laundering and obstruction in case No. CR-15-0319 RS. The defendants in case No. CR-15-0319 RS, Carl Force and Shaun Bridges were charged with laundering Bitcoin that they obtained through fraud and theft while serving as Special Agents with DEA and the Secret Service respectively. It is also alleged that, among the Bitcoin stolen and laundered by defendant Bridges in the most recent case were Bitcoin Based upon these facts, the more recent case could be deemed to be related within the meaning of Local Rule 8-1(b)(1) as they involve some of the same alleged factual events and occurrences.

Additionally, the government believes that the new case against Bridges may involve additional costs or expenditure of resources if it remains with the Honorable Judge Illston, since Judge Seeborg has already been familiarized with the defendant, individuals, currencies, and concepts involved in the new case.

Given the foregoing, the government hereby provides notice to the Court that these cases should be related to the earlier Judge, Judge Seeborg.

Dated: August 14, 2017            Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

_____/s/_____
WILLIAM FRENTZEN
Assistant United States Attorney

1     IT IS HEREBY ORDERED, that for good cause shown, the newer case against defendant

2 Bridges, CR-17-0448 SI is ordered related to the earlier case of CR-15-0319 RS.

3

4

5 SO ORDERED, this 14th day of August, 2017.     _____
                                                      HON. RICHARD SEEBORG/~~SUSAN ILLSTON~~
                                                      UNITED STATES DISTRICT JUDGE