```
┌─────────────────────────────────┐
│  SPECIAL ASSESSMENT             │
│     PAID IN FULL                │
│                                 │
│ Defendant:  Carl M Force IV     │
│ Amount $ 300.00   Date: 3/7/19  │
└─────────────────────────────────┘
```

**U.S. Courts**
**Case Inquiry Report**
er: DCAN315CR000319; Party Number: 002; Payee Code: N/A
rty Details: N; Show Payee Details: N; Show Transactions: Y

**Case Number**  DCAN315CR000319    **Case Title**  USA V. BRIDGES ET AL

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 002 | CANA036270 | CARL MARK FORCE IV | CANA315-0003192 | SPECIAL PENALTY ASSESSMENT | | 300.00 | 300.00 | 0.00 |
| 002 | CANA036270 | CARL MARK FORCE IV | CANA315-0003192 | VICTIM RESTITUTION | | 303,000.00 | 300,000.00 | 3,000.00 |
| | | | | | | 303,300.00 | 300,300.00 | 3,000.00 |

**Summary Payee Information:**

| Payee Code | Payee Name | Total Owed | Total Paid | Total Outstanding |
|---|---|---|---|---|
| CANA036271 | CURTIS GREEN | 3,000.00 | 0.00 | 3,000.00 |
| CANA036272 | REGAN PATNO | 300,000.00 | 300,000.00 | 0.00 |
| | | 303,000.00 | 300,000.00 | 3,000.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line# | Debt Type | | Payee Line# | Depository Line# | | | |
| CCR B030816DCAN315CR000319002 DCAN315CR000319-002 | 08-MAR-16 1 | 04-APR-16 | PR SPECIAL PENALTY ASSESSMENT | 25.00 | CARL MARK FORCE IV | O | OP3 | 504100 |
| CCR CANCCA19-CK-DCAN315CR000319 DCAN315CR000319-002 | 01-SEP-16 2 | 01-SEP-16 | PR VICTIM RESTITUTION | 300,000.00 | CARL MARK FORCE IV | O | 99 | 6855XX |
| CPA CAN-DCAN315CR000319-R.P. DCAN315CR000319-002 | 01-SEP-16 2 | 01-SEP-16 | PR VICTIM RESTITUTION | 300,000.00 | REGAN PATNO  1 | O | 99 | 6855XX |
| CCR B091216DCAN315CR000319002 DCAN315CR000319-002 | 12-SEP-16 1 | 03-OCT-16 | PR SPECIAL PENALTY ASSESSMENT | 25.00 | CARL MARK FORCE IV | O | OP3 | 504100 |
| CCR B120616DCAN315CR000319002 DCAN315CR000319-002 | 06-DEC-16 1 | 03-JAN-17 | PR SPECIAL PENALTY ASSESSMENT | 25.00 | CARL MARK FORCE IV | O | OP3 | 504100 |
| CCR B030717DCAN315CR000319002 DCAN315CR000319-002 | 07-MAR-17 1 | 03-APR-17 | PR SPECIAL PENALTY ASSESSMENT | 25.00 | CARL MARK FORCE IV | O | OP3 | 504100 |
| CCR B060817DCAN315CR000319002 DCAN315CR000319-002 | 08-JUN-17 1 | 05-JUL-17 | PR SPECIAL PENALTY ASSESSMENT | 25.00 | CARL MARK FORCE IV | O | OP3 | 504100 |
| CCR B091117DCAN315CR000319002 DCAN315CR000319-002 | 10-SEP-17 1 | 02-OCT-17 | PR SPECIAL PENALTY ASSESSMENT | 25.00 | CARL MARK FORCE IV | O | OP3 | 504100 |

04/22/2019 05:38 PM PDT                                                                                                                      Version 7.0.1  Page  2    of  2

# U.S. Courts
## Case Inquiry Report
Case Number: DCAN315CR000319; Party Number: 002; Payee Code: N/A
Show Party Details: N; Show Payee Details: N; Show Transactions: Y

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|
| | | | | Payee Line# | Depository Line# | | | |
| | Account Number | Debt Type Line# | Debt Type | | | | | |
| CCR B121117DCAN315CR000319002 DCAN315CR000319-002 | 00-DEC-17 1 | 02-JAN-18 | PR SPECIAL PENALTY ASSESSMENT | 25.00 | CARL MARK FORCE IV | O | OP3 | 504100 |
| CCR B030918DCAN315CR000319002 DCAN315CR000319-002 | 09-MAR-18 1 | 03-APR-18 | PR SPECIAL PENALTY ASSESSMENT | 25.00 | CARL MARK FORCE IV | O | OP3 | 504100 |
| CCR B060718DCAN315CR000319002 DCAN315CR000319-002 | 07-JUN-18 1 | 02-JUL-18 | PR SPECIAL PENALTY ASSESSMENT | 25.00 | CARL MARK FORCE IV | O | OP3 | 504100 |
| CCR B091018DCAN315CR000319002 DCAN315CR000319-002 | 10-SEP-18 1 | 01-OCT-18 | PR SPECIAL PENALTY ASSESSMENT | 25.00 | CARL MARK FORCE IV | O | OP3 | 504100 |
| CCR B121018DCAN315CR000319002 DCAN315CR000319-002 | 10-DEC-18 1 | 02-JAN-19 | PR SPECIAL PENALTY ASSESSMENT | 25.00 | CARL MARK FORCE IV | O | OP3 | 504100 |
| CTC B030719DCAN315CR000319002 DCAN315CR000319-002 | 07-MAR-19 1 | 01-APR-19 | PR SPECIAL PENALTY ASSESSMENT | 25.00 | CARL MARK FORCE IV | O | IP3 | 504100 |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CCR | Cash Receipt - Courts CCA Conversion |
| CPA | General Payment Voucher - CCAM Conversion |
| CTC | Cash Receipt - Courts CCA Automated |