UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>BTC-E, ET AL.,<br><br>      Defendant. | No. 16-CR-227-RS |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>BRIDGES, ET AL.,<br><br>      Defendant. | No. 15-CR-319-RS<br><br>**ORDER WITHDRAWING RELATION** |

The order relating case 16-CR-227 to case 15-CR-319, Dkt. No. 4 in case 16-CR-227, is withdrawn. 16-CR-227 shall be reassigned to Judge Illston.

**IT IS SO ORDERED.**

Dated: 8/17/2022

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____
RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California