# UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

## Request for Early Termination of Supervision

**Person Under Supervision**  
Carl Mark Force

**Docket Number**  
0971 3:15CR00319-002 RS

**Name of Sentencing Judge:**   The Honorable Richard Seeborg
Chief United States District Judge

**Date of Original Sentence:**   October 19, 2015

**Original Offense:**
Count One: Money Laundering, 18 U.S.C. § 1956(a)(1) and (B), a Class C felony.
Count Two: Obstruction of Justice, 18 U.S.C. § 1512(c)(2), a Class C felony.
Count Three: Extortion Under Color of Official Right, 18 U.S.C § 1951, a Class C felony.

**Original Sentence:** 78 months imprisonment, followed by three years of supervised release.

**Special Conditions:** Mental health treatment; restitution: $303,000, special assessment: $300; no new debt or credit; access to financial information; no contact with victims; probation search; no contact with codefendant, namely Shaun Bridges; DNA collection; no firearms, ammunition, or dangerous weapons.

**Prior Form(s) 12:** None

**Type of Supervision**  
Supervised Release  
**Assistant U.S. Attorney**  
Kathryn R. Haun

**Date Supervision Commenced**  
October 7, 2020  
**Defense Counsel**  
Loyst Patrick Fletcher (Retained)

### Petitioning the Court to Take Judicial Notice

Petitioning the Court to consider the client for early termination of supervision.

### Cause

Mr. Force has completed 25 months of a three-year term of supervised release, with completion scheduled for October 8, 2023. He is currently being supervised in the District of South Carolina. During this time, he has paid his special assessment and restitution in full. Mr. Force has been compliant with his conditions of supervision. He has submitted to substance abuse testing

RE:   Force, Carl Mark 2
       0971 3:15CR00319-002 RS

numerous times, all of which yielded negative results for the presence of illegal substances. In the earlier part of this year, Mr. Force completed a mental health assessment through Three Trees Center for Change, LLC and the provider indicated he was not in need of continuing treatment based on his compliance, stability, sobriety, and successful transition into the community. In addition, Mr. Force maintains a personal doctor with whom he regular discusses his mental health and utilizes for mental health medication.

Mr. Force has a stable residence in Rock Hill, South Carolina, and stable employment with Storm Guard Roofing & Construction, Wide Meadow Roofing, and Send Me a Trainer. No individual or public safety risks have been identified regarding him and there has been no indication of violence while on supervision. In July of 2022, Mr. Force was transferred to the Low-Risk supervised caseload under U.S. probation officer Taylor Noble of the U.S. Probation Office for the District of South Carolina.

During the time of the offense conduct, as noted in the presentence report, Mr. Force unlawfully seized $300,000 in digital currency from the victim, while using his authority as a DEA special agent. He also used the victim's cooperation to illegally convert funds for his personal gain. Mr. Force has paid his restitution in full and there is no indication he continues to be involved in similar criminal conduct.

Based on the above, it is respectfully recommended that Mr. Force's supervised release be terminated at this time.

Respectfully submitted,                    Reviewed by:

Alexander N. Santana                       Jennifer Hutchings
U.S. Probation Officer                     Supervisory U.S. Probation Officer
Date Signed: December 13, 2022

---

THE COURT ORDERS:

[X]   Early termination of supervision granted

[ ]   Early termination of supervision denied

[ ]   Other:


December 14, 2022
Date                                       Richard Seeborg
                                           Chief United States District Court Judge

NDC-SUPV-FORM 12B(2)  4/6/2015